**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| IN RE:   Shaun Gabor ) | |
| ) | CHAPTER 7 |
| ) | Case No. 20-02867 |
| DEBTOR ) | Judge:  Doyle |
| ) | |

**PROOF OF SERVICE**

**To:**

Shaun Gabor, 5125 N. Austin Ave. , Chicago, IL 60630-0000

Trustee Debora Ebner, 11 E. Adams St, Suite 904, Chicago IL 60603 (via electronic notice)

Please see attached service list

**Certification**

The undersigned certifies that he served a copy of this notice and attachments to the above named addressed and to the attached service list of creditors by first class mail, postage prepaid, from the mailbox located at Schaumburg, Illinois 60193 or otherwise via the methods shown above, on or before the hour of 4:30 p.m. on Friday, February 21, 2020.  Unless otherwise indicated by local rules or other applicable rules, parties participating in electronic filing were served by electronic notice transmission.

By: **/s/Joseph P. Doyle**
Attorney for debtor

**Attorney for the Debtor**
**Prepared By : Joseph P. Doyle**
**Law Offices of Joseph P. Doyle**
**105 S. Roselle Road, Suite 203**
**Schaumburg, IL 60193**
**(Ph): 847-985-1100 (Fax)  847-985-1126**

## SERVICE LIST

**Registrants Served Via Electronic**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Trustee Debora Ebner
11 E. Adams St St.
Suite 904
Chicago, IL 60603

**Parties Served Via First Class Mail**

Six Flags Great America
Membership Collections
542 N Route 21
Gurnee, IL 60031